UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| STEWART M. HUMMEL, | |
| Plaintiff, | |
| v. | CASE NO. 1:19-CV-40-PPS-MGG |
| CITY OF PLYMOUTH, *et al.*, | |
| Defendants. | |

**REPORT AND RECOMMENDATION**

On December 4, 2020, this Court granted Plaintiff's former counsel's motion to withdraw his appearance based upon counsel's report that Plaintiff had not communicated with his law firm since before August 3, 2020. [DE 32]. The Court also ordered Plaintiff, no longer represented by counsel, "to file a status report on or before **January 4, 2021**, indicating whether he intends to continue prosecuting this action without representation." [DE 32 at 1 (emphasis in original)]. The Court then advised Plaintiff that "[f]ailure to respond to this order may result in a dismissal of this case." [DE 32 at 1].

As of January 11, 2021, Plaintiff had not filed the status report as ordered. Therefore, the Court issued an Order to Show Cause ordering Plaintiff to file a status report by February 11, 2021, explaining why he did not comply with the Court's December 2020 order. [DE 33]. In this second order, the Court advised Plaintiff that "failure to respond to this Order will force the undersigned to recommend that

Plaintiff's action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for both failure to prosecute and failure to comply with the Court's order." [DE 33 at 1].

As of this date, Plaintiff has filed nothing in response to the Court's orders. Therefore, the undersigned can only assume that Plaintiff has abandoned his instant claims against Defendants. Accordingly, the undersigned **RECOMMENDS** that the Court **DISMISS** Plaintiff's case **WITHOUT PREJUDICE** for lack of prosecution and failure to comply with Court orders.

> **NOTICE IS HEREBY GIVEN that within fourteen (14) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. Fed. R. Civ. P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**
>
> **SO ORDERED** this 18th day of February 2021.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge
