UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| STEWART M. HUMMEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:19CV40-PPS/MGG |
| | ) | |
| CITY OF PLYMOUTH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF DISMISSAL**

Stewart M. Hummel brought this action in Marshall County Circuit Court in December 2018, alleging the use of excessive force by a City of Plymouth police officer. [DE 5.] The action was removed to this court on February 6, 2019 [DE 2] on the basis of the existence of questions of federal law. Hummel's complaint was later amended to name individual Plymouth police officers as defendants. [DE 14, 15.] In December 2020, Hummel's counsel moved to withdraw, advising the court that Hummel had not been in communication with the law firm since before August 3, 2020. [DE 29, 31.] Magistrate Judge Michael G. Gotsch granted the motion to withdraw and set January 4, 2021 as a deadline by which Hummel should file a status report indicating whether or not he intended to continue his lawsuit without an attorney. [DE 32.] After Hummel filed no response, Judge Gotsch granted Hummel to February 11, 2021 to show cause why he failed to comply with the earlier order. [DE 33.] Again Hummel filed nothing. On February 28, 2021, Judge Gotsch issued a report and recommendation in which he

recommends the dismissal of this case without prejudice for Hummel's failure to prosecute the matter and his failure to comply with the court's orders. [DE 34.] No objections to the recommendation have been timely filed. It appears that Hummel has abandoned this lawsuit, and that dismissal is appropriate.

**ACCORDINGLY:**

The magistrate judge's Report and Recommendation [DE 34], to which no objections have been filed, is ACCEPTED AND ADOPTED.

This action is DISMISSED WITHOUT PREJUDICE for plaintiff Stewart M. Hummel's failure to prosecute and failure to comply with orders of the court.

**SO ORDERED**.

ENTERED: March 9, 2021.

/s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE